IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEWAYNE BROWN,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:13-cv-111-O |
| **CAROLYN W. COLVIN,** **Commissioner of Social Security,** | § § § | |
| Defendant. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections. The Court conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct and **ACCEPTS** the Findings, Conclusions, and Recommendation as those of the Court. Accordingly, Plaintiff's objections are **OVERRULED**, the Court **AFFIRMS** the final decision of the Commissioner, and Plaintiff's appeal is **DISMISSED.**

**SO ORDERED** on this **31st day** of **January, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**